(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Schieffer, Christopher Allen** | Name of Joint Debtor (Spouse) (if individual, enter Last. First Middle):<br>**Schieffer, Katherine Michelle** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fdba csi; fdba csitex; dba Nextronics** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-2155          74-2852235** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-1023** |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**4504 Dusik Ln**<br>**Austin, TX 78746** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>**4504 Dusik Ln**<br>**Austin, TX 78746** |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business:<br>**Travis** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1)(12/03) FORM B1, Page 2

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| | Name of Debtor(s): | Christopher Allen Schieffer |
|---|---|---|
| | | Katherine Michelle Schieffer |

**Prior Bankruptcy Case(s) Filed Within Last 6 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christopher Allen Schieffer**
   **Christopher Allen Schieffer**

X **/s/ Katherine Michelle Schieffer**
   **Katherine Michelle Schieffer**

Telephone Number (If not represented by an attorney)

**05/13/2005**
Date

### Signature of Attorney

X **/s/ Michael Baumer**
   **Michael Baumer**      Bar No. **01931920**

**Law Office of Michael Baumer**
**1717 W. 6th St., Suite 290**
**Austin, TX 78703**

Phone No. **(512) 476-8707**    Fax No. **(512) 476-8604**

**05/13/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

**05/13/2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Michael Baumer**                    05/13/2005
   **Michael Baumer**                          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO

**Katherine Michelle Schieffer**

CHAPTER    **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| single family residence<br>4504 Dusik Ln<br>Austin, TX 78746<br>Block 22A<br>Woods of Westlake<br>purchased 10/98 for $600,000+/-<br>2004 TCAD appraisal $628,991 | fee simple | C | $750,000.00 | $630,000.00 |
| | | | **$750,000.00** | **$630,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO
        **Katherine Michelle Schieffer**

                                                           CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | $100.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Ameritrade brokerage | C | $300.00 |
| | | E-Trade brokerage | C | $178.00 |
| | | Compass Bank checking | C | $0.00 |
| | | Bank One checking | C | $0.00 |
| | | Bank One checking | C | $0.00 |
| | | Bank of America checking | C | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | sofa | C | $150.00 |
| | | sofa | C | $150.00 |
| | | sofa | C | $150.00 |
| | | chairs | C | $200.00 |
| | | coffee tables | C | $150.00 |
| | | end tables | C | $100.00 |
| | | lamps | C | $120.00 |
| | | television | C | $75.00 |
| | | VCR | C | $20.00 |
| | | | Total  > | **$1,723.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**

  **Katherine Michelle Schieffer**

CASE NO

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DVD | C | $30.00 |
| | | stereo | C | $50.00 |
| | | fax | C | $20.00 |
| | | desk | C | $50.00 |
| | | desk | C | $50.00 |
| | | refrigerator | C | $100.00 |
| | | kitchenware | C | $100.00 |
| | | buffet | C | $150.00 |
| | | table and chairs | C | $200.00 |
| | | table and chairs | C | $150.00 |
| | | china | C | $200.00 |
| | | bed | C | $150.00 |
| | | dresser | C | $75.00 |
| | | night stands | C | $75.00 |
| | | lamps | C | $50.00 |
| | | bed | C | $75.00 |
| | | dresser | C | $50.00 |
| | | night stand | C | $20.00 |
| | | lamp | C | $10.00 |
| | | Total > | | **$3,373.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                    CASE NO

**Katherine Michelle Schieffer**                              CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | desk | C | $75.00 |
| | | television | C | $75.00 |
| | | bed | C | $75.00 |
| | | dresser | C | $50.00 |
| | | night stand | C | $20.00 |
| | | toys | C | $50.00 |
| | | bed | C | $100.00 |
| | | bed | C | $100.00 |
| | | dresser | C | $50.00 |
| | | dresser | C | $75.00 |
| | | night stands | C | $60.00 |
| | | lamps | C | $30.00 |
| | | desk | C | $50.00 |
| | | desk | C | $50.00 |
| | | linens | C | $100.00 |
| | | vacuum | C | $20.00 |
| | | sewing machine | C | $25.00 |
| | | washer | C | $100.00 |
| | | dryer | C | $100.00 |
| | | | Total  > | **$4,578.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**

       **Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | freezer | C | $75.00 |
| | | tools | C | $100.00 |
| | | lawn mower | C | $100.00 |
| | | misc | C | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CDs | C | $250.00 |
| | | videotapes/DVDs | C | $50.00 |
| | | art | C | $200.00 |
| 6. Wearing apparel. | | misc mens clothing | C | $300.00 |
| | | misc womens clothing | C | $400.00 |
| | | misc boys clothing | C | $300.00 |
| | | misc girls clothing | C | $300.00 |
| 7. Furs and jewelry. | | misc mens jewelry | C | $200.00 |
| | | misc womens jewelry | C | $300.00 |
| | | wedding ring | C | $500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | weights | C | $200.00 |
| | | treadmill | C | $100.00 |
| | | | Total  > | $8,278.00 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                    CASE NO
        **Katherine Michelle Schieffer**
                                                           CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Zurich Life Ins term policy | C | $0.00 |
| | | Zurich Life Ins term ploicy | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | SEP IRA | C | $350.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Schieffer & Associates, Inc 100% common stock never transacted business | C | $0.00 |
| | | dba Nextronics | C | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| | | | **Total  >** | **$8,628.00** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                  CASE NO
**Katherine Michelle Schieffer**

CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chevrolet Suburban (64,000 miles0 | C | $20,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| | | | Total  > | $28,628.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO

       **Katherine Michelle Schieffer**

                                               CHAPTER  **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | | dog | C | $25.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | **$28,653.00** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## <u>SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)</u>

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐  11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| single family residence 4504 Dusik Ln Austin, TX 78746 Block 22A Woods of Westlake purchased 10/98 for $600,000+/- 2004 TCAD appraisal $628,991 | Const. Art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001, 41.002 | $120,000.00 | $750,000.00 |
| sofa | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| sofa | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| sofa | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| chairs | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| coffee tables | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| end tables | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| lamps | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $120.00 | $120.00 |
| television | Texas Property Code §§ 42.001(a), | $75.00 | $75.00 |
| | | **$121,095.00** | **$751,095.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                              CASE NO
            **Katherine Michelle Schieffer**
                                                                              CHAPTER    **7**

## <u>SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)</u>

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| | 42.002(a)(1) | | |
| VCR | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| DVD | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| stereo | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| fax | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| desk | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| desk | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| refrigerator | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| kitchenware | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| buffet | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| table and chairs | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| table and chairs | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| china | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| | | **$122,365.00** | **$752,365.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO
        **Katherine Michelle Schieffer**

                                                          CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| bed | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| dresser | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| night stands | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| lamps | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| bed | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| dresser | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| night stand | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| lamp | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| desk | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| television | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| bed | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| dresser | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| night stand | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
|  |  | **$123,015.00** | **$753,015.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO
        **Katherine Michelle Schieffer**

                                                          CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| toys | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| bed | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| bed | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| dresser | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| dresser | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| night stands | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $60.00 | $60.00 |
| lamps | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| desk | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| desk | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| linens | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| vacuum | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| sewing machine | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| washer | Texas Property Code §§ 42.001(a), | $100.00 | $100.00 |
| | | **$123,825.00** | **$753,825.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                      CASE NO
         **Katherine Michelle Schieffer**

                                                                            CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
|  | 42.002(a)(1) |  |  |
| dryer | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| freezer | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| tools | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| lawn mower | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| misc | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $400.00 | $400.00 |
| CDs | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| videotapes/DVDs | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| art | Texas Property Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| misc mens clothing | Texas Property Code §§ 42.001(a), 42.002(a)(5) | $300.00 | $300.00 |
| misc womens clothing | Texas Property Code §§ 42.001(a), 42.002(a)(5) | $400.00 | $400.00 |
| misc boys clothing | Texas Property Code §§ 42.001(a), 42.002(a)(5) | $300.00 | $300.00 |
| misc girls clothing | Texas Property Code §§ 42.001(a), 42.002(a)(5) | $300.00 | $300.00 |
|  |  | **$126,600.00** | **$756,600.00** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| misc mens jewelry | Texas Property Code §§ 42.001(a), 42.002(a)(6) | $200.00 | $200.00 |
| misc womens jewelry | Texas Property Code §§ 42.001(a), 42.002(a)(6) | $300.00 | $300.00 |
| wedding ring | Texas Property Code §§ 42.001(a), 42.002(a)(6) | $500.00 | $500.00 |
| weights | Texas Property Code §§ 42.001(a), 42.002(a)(8) | $200.00 | $200.00 |
| treadmill | Texas Property Code §§ 42.001(a), 42.002(a)(8) | $100.00 | $100.00 |
| Zurich Life Ins term policy | Texas Ins. Code arts. 3.50-2, § 10; 3.50, § 9 | $0.00 | $0.00 |
| Zurich Life Ins term ploicy | Texas Ins. Code arts. 3.50-2, § 10; 3.50, § 9 | $0.00 | $0.00 |
| SEP IRA | Texas Property Code § 42.0021 | $350.00 | $350.00 |
| 2001 Chevrolet Suburban (64,000 miles0 | Texas Property Code §§ 42.001(a), 42.002(a)(9) | $20,000.00 | $20,000.00 |
| dog | Texas Property Code §§ 42.001(a), 42.002(a)(11) | $25.00 | $25.00 |
| | | **$148,075.00** | **$778,075.00** |

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE: **Christopher Allen Schieffer**
      **Katherine Michelle Schieffer**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------| --------------------|-------------------------|
| N/A | Real Property. | $750,000.00 | $630,000.00 | $120,000.00 | $120,000.00 | $0.00 |
| 1. | Cash on hand. | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $478.00 | $0.00 | $478.00 | $0.00 | $478.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $4,600.00 | $0.00 | $4,600.00 | $4,600.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 6. | Wearing apparel. | $1,300.00 | $0.00 | $1,300.00 | $1,300.00 | $0.00 |
| 7. | Furs and jewelry. | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Interests in IRA, ERISA, Keogh... | $350.00 | $0.00 | $350.00 | $350.00 | $0.00 |
| 12. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2004, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**
        **Katherine Michelle Schieffer**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 22. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Automobiles, trucks, trailers, vehicles... | $20,000.00 | $0.00 | $20,000.00 | $20,000.00 | $0.00 |
| 24. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Animals. | $25.00 | $0.00 | $25.00 | $25.00 | $0.00 |
| 30. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$778,653.00** | **$630,000.00** | **$148,653.00** | **$148,075.00** | **$578.00** |

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------:|-----:|-------:|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------:|-----:|-------:|------------------:|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| cash | $100.00 | | $100.00 | $100.00 |
| Ameritrade brokerage | $300.00 | | $300.00 | $300.00 |

*Copyright 1996-2004, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                      CASE NO
        **Katherine Michelle Schieffer**

                                                                    CHAPTER     **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

| | | | | |
|---|---|---|---|---|
| E-Trade brokerage | $178.00 | | $178.00 | $178.00 |
| **TOTALS:** | **$578.00** | **$0.00** | **$578.00** | **$578.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$778,653.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$778,653.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$630,000.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$630,000.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$148,653.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$148,653.00** |
| J.  Total Amount of Exemptions Claims | **$148,075.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$578.00** |

*Copyright 1996-2004, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

IN RE: **Christopher Allen Schieffer** _____

Debtor

**Katherine Michelle Schieffer** _____

Joint Debtor

CASE NO _____

(If Known)

CHAPTER  **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx-0207**<br><br>**Alliance Association Management**<br>**3355 Bee Cave Rd**<br>**Austin, TX 78746** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA dues**<br>COLLATERAL:<br>**4504 Dusik Ln, Austin, TX**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$750,000.00** | | | | **$1,158.00** | |
| ACCT #: **xxxxxx9964**<br><br>**Centex Home Equity**<br>**4 New York Plaza**<br>**New York, NY 10004** | | C | DATE INCURRED:    **8/02**<br>NATURE OF LIEN:<br>**equity loan**<br>COLLATERAL:<br>**4504 Dusik Ln, Austin, TX**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$750,000.00** | | | | **$210,000.00** | |
| ACCT #: **xxxxx6306**<br><br>**Homecomings Financial**<br>**2711 N. Haskell Ave #900**<br>**Dllas, TX 75204** | | C | DATE INCURRED:    **10/98**<br>NATURE OF LIEN:<br>**purchase money**<br>COLLATERAL:<br>**4504 Dusik Ln, Austin, TX**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$750,000.00** | | | | **$417,000.00** | |
| ACCT #: **xx-xxx2235**<br><br>**Internal Revenue Service**<br>**300 E. 8th St Stop 5022AUS**<br>**Austin, TX 78701** | | C | DATE INCURRED:    **1999-2001**<br>NATURE OF LIEN:<br>**federal tax lien**<br>COLLATERAL:<br>**4504 Dusik Ln, Austin, TX**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$750,000.00** | | | | **$24,000.00** | |
| | | | | | | | | |

_____ **No** _____ continuation sheets attached

Total for this Page (Subtotal) >   **$652,158.00**   **$0.00**

Running Total >   **$652,158.00**   **$0.00**

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                     CASE NO
      **Katherine Michelle Schieffer**

                                                      CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐  **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐  **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐  **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐  **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐  **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐  **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☑  **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2004.*

_____**1**_____continuation sheets attached

IN RE: **Christopher Allen Schieffer**

Debtor

**Katherine Michelle Schieffer**

Joint Debtor

CASE NO

(If Known)

CHAPTER **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Law Office of Michael Baumer**<br>**1717 W. 6th Street, Suite 290**<br>**Austin, TX 78703** | | C | DATE INCURRED: **5/05**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $959.00 | $959.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | | $959.00 | $959.00 |
| | | | | Running Total > | | | $959.00 | $959.00 |

IN RE: **Christopher Allen Schieffer**
_____
Debtor

**Katherine Michelle Schieffer**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx4200**<br>**Airborne Express**<br>**1530 W. 18th St.**<br>**Dallas, TX 75261** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**delivery**<br>REMARKS: | | | | **$5,679.00** |
| ACCT #:<br>**All Safe Security**<br>**PO Box 203488**<br>**Austin, TX 78720** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Security service**<br>REMARKS: | | | | **$262.00** |
| ACCT #:<br>**Allied Interstate**<br>**13777 Ballantine Corp Pl #200**<br>**Charlotte, NC 28277** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - UPS**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Alonzo Gipson**<br>**163 3rd Ave North**<br>**Nashville, TN 37201** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | **$500.00** |
| ACCT #:  **xxxxx54-32**<br>**Amalgamated Financial**<br>**PO Box 1006**<br>**Old Bridge, NJ 08857** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Airborne Express**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxxxx-x1004**<br>**American Express**<br>**PO Box 207879**<br>**Ft. Lauderdale, FL 33329** | C | | DATE INCURRED:      **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$6,997.00** |
| ACCT #:  **xxxx-xxxxxx-x1001**<br>**American Express**<br>**PO Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | C | | DATE INCURRED:      **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$27,063.00** |
| | | | | | Total for this Page (Subtotal) > | | **$40,501.00** |
| | | | | | Running Total > | | **$40,501.00** |

_____**7**_____continuation sheets attached

IN RE:  **Christopher Allen Schieffer**

Debtor

**Katherine Michelle Schieffer**

Joint Debtor

CASE NO _____

(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Amilia Aguilar** <br> **42-10 82nd St #1-R** <br> **Elmhurst, NY 11373** | | C | DATE INCURRED: <br> CONSIDERATION: **Computer sale** <br> REMARKS: | | | X | **$418.00** |
| ACCT #:  **xxxx-xxxx-xxxx-2355** <br> **Ann Taylor** <br> **PO Box 659705** <br> **San Antonio, TX 78265** | | C | DATE INCURRED:      **various** <br> CONSIDERATION: **consumer goods** <br> REMARKS: | | | | **$207.00** |
| ACCT #:  **xxxxxxxx6499** <br> **Bank of America** <br> **PO Box 21983** <br> **Greensboro, NC 27420** | | C | DATE INCURRED: <br> CONSIDERATION: **Signature loan** <br> REMARKS: | | | | **$47,618.00** |
| ACCT #:  **xxxxxxxx5499** <br> **Bank of America** <br> **PO Box 21983** <br> **Greensboro, NC 27420** | | C | DATE INCURRED: <br> CONSIDERATION: **Signature loan** <br> REMARKS: | | | | **$26,047.00** |
| ACCT #:  **xxxx-xxxx-xxxx-6696** <br> **Bank of America** <br> **PO Box 53155** <br> **Phoenix, AZ 85072-3155** | | C | DATE INCURRED:      **various** <br> CONSIDERATION: **consumer goods** <br> REMARKS: | | | | **$12,385.00** |
| ACCT #:  **xxxx-xxxx-xxxx-6472** <br> **Bank of America** <br> **PO Box 30770** <br> **Tampa, FL 33630-3770** | | C | DATE INCURRED:      **various** <br> CONSIDERATION: **consumer goods** <br> REMARKS: | | | | **$10,657.00** |
| ACCT #:  **xxxx-xxxx-xxxx-3860** <br> **Bass & Ass** <br> **3936 E. Fort Lowell Rd #200** <br> **Tucson, AZ 85712** | | C | DATE INCURRED: <br> CONSIDERATION: **Collection - Household Retail** <br> REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) >   **$97,332.00**

Running Total >   **$137,833.00**

IN RE:  **Christopher Allen Schieffer**

_____
Debtor

**Katherine Michelle Schieffer**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 2_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bob Hall**<br>**2350 N.E. Griffin Oaks #100**<br>**Hillsboro, OR 97124** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | **$500.00** |
| ACCT #:  **xx8060**<br>**Covad**<br>**Dept 33408**<br>**PO Box 39000**<br>**San Francisco, CA 94139** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**??**<br>REMARKS: | | | | **$744.00** |
| ACCT #:  **xxxx-xxxx-xxxx-6472**<br>**Dan Young**<br>**PO Box 6170**<br>**Lubbock, TX 79493** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Bank of America**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx4200**<br>**DHL**<br>**1200 South Pine Island Rd**<br>**Suite 600**<br>**Plantation, FL 33324** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**delivery**<br>REMARKS: | | | | **$3,501.00** |
| ACCT #:  **xxxx-xxxx-xxxx-4797**<br>**Discover**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | C | | DATE INCURRED:     **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$25,713.00** |
| ACCT #:<br>**DR E B Smith**<br>**4105 Westbank Dr #200**<br>**Austin, TX 78746** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$555.00** |
| ACCT #:  **xxxx-xxxx-xxxx-6696**<br>**Eskanos & Adler**<br>**2325 Clayton Rd**<br>**Concord, CA 94520** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Bank of America**<br>REMARKS:<br>**Fax 806-796-7365** | | | | **Notice Only** |

|  | |
|---:|---|
| Total for this Page (Subtotal) > | **$31,013.00** |
| Running Total > | **$168,846.00** |

IN RE: **Christopher Allen Schieffer**
_____
Debtor

**Katherine Michelle Schieffer**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx9291<br>**Federal Express**<br>**2005 Corporate Ave 2nd Floor**<br>**Memphis, TN 38132** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**delivery**<br>REMARKS: | | | | **$395.00** |
| ACCT #:  xxx-xx-0932<br>**Foley's**<br>**PO Box 94508**<br>**Cleveland, OH 44101-4508** | C | | DATE INCURRED:     **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$731.00** |
| ACCT #:  xxxx-xxxx-xxxx-6696<br>**Frederick Hanna & Ass**<br>**PO Box 724327**<br>**Atlanta, GA 31139** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Bank of America**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxx7891<br>**GC Services**<br>**PO Box 34486**<br>**Louisville, KY 40232** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - UPS**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xx-x1009<br>**Geoffrey Price**<br>**6010 Balcones Dr**<br>**Austin, TX 78731** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Amalgamated Financial**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-6023<br>**Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | C | | DATE INCURRED:     **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$4,812.00** |
| ACCT #:  xxxx-xxxx-xxxx-6023<br>**Home Depot**<br>**PO Box 8075**<br>**Layton, UT 84041** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) > **$5,938.00**

Running Total > **$174,784.00**

IN RE:  **Christopher Allen Schieffer**

Debtor

**Katherine Michelle Schieffer**

Joint Debtor

CASE NO

(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3860**<br>**Household Retail**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** | | C | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | $4,912.00 |
| ACCT #:  **xxx-xxxxxx2-000**<br>**Integrated** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card machine lease**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Irene Sagawa**<br>**4482 North Ave #14**<br>**San Diego, CA 92116** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | $500.00 |
| ACCT #:<br>**Jason Adams**<br>**431 Brennan Dr**<br>**Walworth, WI 53184** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | $440.00 |
| ACCT #:  **xxxxx7-CA2**<br>**JC Christensen**<br>**PO Box 519**<br>**Sauk Rapids, MN 56379** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Kohls**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jeremy Kennedy**<br>**1758 34th St SW #1**<br>**Fargo, ND 58103** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | $300.00 |
| ACCT #:  **xxx-xxx8-702**<br>**Kohls**<br>**PO Box 359**<br>**Milwaukee, WI 53201-9922** | | C | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | $1,308.00 |

Total for this Page (Subtotal) >  $7,460.00

Running Total >  $182,244.00

IN RE: **Christopher Allen Schieffer**

Debtor

**Katherine Michelle Schieffer**

Joint Debtor

CASE NO

(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Matin Evneshahrashoob**<br>**6411 Morningside Dr**<br>**Huntington Beach, CA 92648** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | **$500.00** |
| ACCT #: **xxxx-xxxx-xxxx-3291**<br>**MBNA**<br>**PO Box 15469**<br>**Wilmington, DE 19886-5469** | C | | DATE INCURRED:       **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$10,638.00** |
| ACCT #:<br>**Moss & Codilis**<br>**6560 Greenwood Plaza Blvd #550**<br>**Englewood, CO 80111-7100** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - CenTex**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxx0252**<br>**National Asset Rec**<br>**2880 Dresded Dr**<br>**Atlanta, GA 30341** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Kohls**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxx-xxxxxx-x1004**<br>**Nationwide Credit**<br>**3735 N. Freeway Blvd #100**<br>**Sacramento, CA 95834** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - AmEx**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx-xxxxxxx-x1001**<br>**Nationwide Credit**<br>**PO Box 740640**<br>**Atlanta, GA 30374-0640** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - AmEx**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**OSI Collections**<br>**PO Box 957**<br>**Brookfield, WI 53008** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - UPS**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) >       **$11,138.00**

Running Total >       **$193,382.00**

IN RE: **Christopher Allen Schieffer**

           Debtor

      **Katherine Michelle Schieffer**

           Joint Debtor

CASE NO _____

          (If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-0932**<br>**Patricia Dearing**<br>**3330 W. Esplanade Ave #515**<br>**Metairie, LA 70002** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection -**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx@xxxxxx.com**<br>**Paypal**<br>**303 Bryant St.**<br>**Mountain View, CA 94040-1253** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**??**<br>REMARKS: | | | | **$2,700.00** |
| ACCT #:  **xxxx-xxxx-xxxx-4206**<br>**Providian**<br>**PO Box 99604**<br>**Arlington, TX 76096-9604** | | C | DATE INCURRED:    **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$3,213.00** |
| ACCT #:  **xxxx4608**<br>**Qwest**<br>**Dept 047**<br>**Denver, CO 80271** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**long distance**<br>REMARKS: | | | | **$98.00** |
| ACCT #:<br>**Ravi Reddi**<br>**1527 W. Palo Alto Ave**<br>**Fresno, CA 93711** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Computer sale**<br>REMARKS: | | | X | **$300.00** |
| ACCT #:  **xxxxxxxxx2603**<br>**Risk Management**<br>**11214 Renner Rd**<br>**Lenexa, KS 66219** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Sams**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx2603**<br>**Sams**<br>**PO Box 103036**<br>**Roswell, GA 30076** | | C | DATE INCURRED:    **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | **$1,914.00** |

Total for this Page (Subtotal) >  **$8,225.00**

Running Total >  **$201,607.00**

IN RE: **Christopher Allen Schieffer**
_____
Debtor

**Katherine Michelle Schieffer**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx/xxxxx6055**<br>**The Hartford**<br>**PO Box 2073**<br>**Hartford, CT 06145-2073** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**insurance**<br>REMARKS: | | | | $2,914.00 |
| ACCT #:  **xxxxxxxx xxx xxxxxxxxx5499**<br>**United Mortgage & Loan**<br>**PO Box 471827**<br>**Charlotte, NC 28247** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Bank of America**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxx8523**<br>**United Parcel Service**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**delivery**<br>REMARKS: | | | | $1,132.00 |
| ACCT #:  **xxxx-xxxxxx-x1004**<br>**United Recovery Systems**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**collection - AmEx**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-7458**<br>**Washoe CU**<br>**PO Box 70099**<br>**Reno, NV 89570** | | C | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**consumer goods**<br>REMARKS: | | | | $2,542.00 |
| ACCT #:  **xxxxx4224**<br>**Weinstock & O'Malley**<br>**PO Box 311**<br>**Old Bridge, NJ 08857** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Fed Ex**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |

Total for this Page (Subtotal) >  **$6,588.00**

Running Total >  **$208,195.00**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Christopher Allen Schieffer**
**Katherine Michelle Schieffer**

CASE NO

CHAPTER **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                      CASE NO
        **Katherine Michelle Schieffer**
                                                                            CHAPTER     **7**

## SCHEDULE H (CODEBTORS)

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | K. S.<br>J. S.<br>E. S.<br>E. S. | 17<br>13<br>11<br>4 | son<br>son<br>daughter<br>daughter | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | computer parts sales<br>dba Nextronics<br>4/03<br>4504 Dusik Ln<br>Austin, TX 78746 | home maker |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $0.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$0.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $0.00 |
|     B. Social Security Tax | $0.00 | $0.00 |
|     C. Insurance | $0.00 | $0.00 |
|     D. Union dues | $0.00 | $0.00 |
|     E. Retirement | $0.00 | $0.00 |
|     F. Other (specify) _____ | $0.00 | $0.00 |
|     G. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | **$0.00** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$0.00** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $11,000.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|     1._____ | $0.00 | $0.00 |
|     2._____ | $0.00 | $0.00 |
|     3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$11,000.00** | **$0.00** |

**TOTAL COMBINED MONTHLY INCOME  $11,000.00**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**
         **Katherine Michelle Schieffer**

CASE NO

CHAPTER    **7**

## <u>SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))</u>

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $6,025.00 |
| Are real estate taxes included?    ☑ Yes    ☐ No | |
| Is property insurance included?    ☑ Yes    ☐ No | |
| **Utilities:**  Electricity and heating fuel | $600.00 |
|           Water and sewer | |
|           Telephone | $200.00 |
|           Other:  cable/internet/gas | $250.00 |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $1,100.00 |
| Clothing | $100.00 |
| Laundry and dry cleaning | $50.00 |
| Medical and dental expenses (not covered by insurance) | $75.00 |
| Transportation (not including car payments) | $300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's | $150.00 |
|         Life | $60.00 |
|         Health | |
|         Auto | $215.00 |
|         Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | $300.00 |
| Specify: self employment taxes | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
|         Auto | |
|         Other:  equity loan | $1,637.00 |
|         Other:  HOA dues | $50.00 |
|         Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $4,000.00 |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$15,312.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                 (interval)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                              CASE NO
        **Katherine Michelle Schieffer**
                                                        CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses

| Expense | Category | Amount |
|---|---|---|
| advertising | | $500.00 |
| repairs/vendors | | $1,500.00 |
| parts/materials | | $2,000.00 |
| | Total > | $4,000.00 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:   **Christopher Allen Schieffer**                          CASE NO
        **Katherine Michelle Schieffer**

CHAPTER   **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $750,000.00 | | |
| B - Personal Property | Yes | 7 | $28,653.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $652,158.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $959.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $208,195.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $11,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $15,312.00 |
| Total Number of Sheets of ALL Schedules > | | 30 | | | |
| Total Assets > | | | $778,653.00 | | |
| Total Liabilities > | | | | $861,312.00 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**
         **Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**31**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **05/13/2005**

Signature  **/s/ Christopher Allen Schieffer**
                *Christopher Allen Schieffer*

Date  **05/13/2005**

Signature  **/s/ Katherine Michelle Schieffer**
                *Katherine Michelle Schieffer*

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                                      CASE NO
**Katherine Michelle Schieffer**

CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

---

None

### 1. Income from employment or operation of business

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $44,588 | 2005 gross revenue |
| $90,000+/- | 2004 gross revenue |
| $32,000+/- | 2003 gross revenue |

---

None

### 2. Income other than from employment or operation of business

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $13,500 | 2004 IRA distribution |
| $ 8,615 | 2003 IRA distribution |

---

None

### 3. Payments to creditors

☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Homecomings Financial | 2/05 | $6025 | $417,000 |
| Centex Home Equity | 2/05 | $1637 | $210,000 |

None

☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

### 4. Suits and administrative proceedings, executions, garnishments and attachments

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of America v. Schieffer Cause 284975 | collection | Travis County CCL#2 | pending |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None

☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None

☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None

☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None

☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None

☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Michael Baumer**<br>**1717 W. 6th Street, Suite 290**<br>**Austin, TX 78703** | **05/05** | **$541.00** |

---

### 10. Other transfers

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unrelated third party**<br>**San Antonio, TX** | **3/04** | **2000 Mercedes Benz E320**<br>**$27,000** |

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**

**Katherine Michelle Schieffer**

CASE NO

CHAPTER  **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

None

☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None

☑

### 15. Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None

☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None

☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None

☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**
       **Katherine Michelle Schieffer**

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None
☑

    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐

    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **fdba csi** | **employment services** | **8/97 - 12/02** |
| **fdba csitex** | **employment services** | **8/97 - 12/02** |
| **dba Nextronics** | **computer parts sales** | **1/02 - present** |
| **Schieffer & Associates, Inc** | **never transacted business** | **8/97 - present** |

---

None
☑

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑

    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO
           **Katherine Michelle Schieffer**

                                                                          CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑         b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑         c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑         d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
☑         a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑         b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑         a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑         b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑         a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑         b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                    CASE NO

**Katherine Michelle Schieffer**                    CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None

☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

**25. Pension Funds**

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                    CASE NO

**Katherine Michelle Schieffer**                    CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**8**_____ sheets, and that they are true and correct.

Date **05/13/2005** _____        Signature _____ **/s/ Christopher Allen Schieffer**
of Debtor              **Christopher Allen Schieffer**

Date **05/13/2005** _____        Signature _____ **/s/ Katherine Michelle Schieffer**
of Joint Debtor        **Katherine Michelle Schieffer**
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                    CASE NO
        **Katherine Michelle Schieffer**
                *Debtor(s)*                                                CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to Be Retained.*   (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 4504 Dusik Ln, Austin, TX | Alliance Association Management 3355 Bee Cave Rd Austin, TX 78746 xxxxx-0207 | ☐ | ☐ | ☐ | ☑ |
| 4504 Dusik Ln, Austin, TX | Centex Home Equity 4 New York Plaza New York, NY 10004 xxxxxx9964 | ☐ | ☐ | ☐ | ☑ |
| 4504 Dusik Ln, Austin, TX | Homecomings Financial 2711 N. Haskell Ave #900 Dllas, TX 75204 xxxxx6306 | ☐ | ☐ | ☐ | ☑ |
| 4504 Dusik Ln, Austin, TX | Internal Revenue Service 300 E. 8th St Stop 5022AUS Austin, TX 78701 xx-xxx2235 | ☐ | ☐ | ☐ | ☑ |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                          CASE NO

**Katherine Michelle Schieffer**

*Debtor(s)*                                                      CHAPTER       **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

Date  **05/13/2005**                          Signature  **/s/ Christopher Allen Schieffer**

**Christopher Allen Schieffer**

Date  **05/13/2005**                          Signature  **/s/ Katherine Michelle Schieffer**

**Katherine Michelle Schieffer**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Christopher Allen Schieffer**                                    CASE NO
        **Katherine Michelle Schieffer**
                    *Debtor(s)*                                            CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept:                    **$1,500.00**

    Prior to the filing of this statement I have received:            **$541.00**

    Balance Due:                                                      **$959.00**

2.  The source of the compensation paid to me was:
    ☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor              ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**05/13/2005**                          **/s/ Michael Baumer**
*Date*                                  *Michael Baumer*                   Bar No.  01931920
                                        Law Office of Michael Baumer
                                        1717 W. 6th St., Suite 290
                                        Austin, TX 78703
                                        Phone: (512) 476-8707 / Fax: (512) 476-8604

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher Allen Schieffer**                                    CASE NO

**Katherine Michelle Schieffer**

*Debtor(s)*                                                                        CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  05/13/2005 _____          Signature _**/s/ Christopher Allen Schieffer**_____

*Christopher Allen Schieffer*

Date  05/13/2005 _____          Signature _**/s/ Katherine Michelle Schieffer**_____

*Katherine Michelle Schieffer*

Airborne Express
1530 W. 18th St.
Dallas, TX 75261


All Safe Security
PO Box 203488
Austin, TX 78720


Alliance Association Management
3355 Bee Cave Rd
Austin, TX 78746


Allied Interstate
13777 Ballantine Corp Pl #200
Charlotte, NC 28277


Alonzo Gipson
163 3rd Ave North
Nashville, TN 37201


Amalgamated Financial
PO Box 1006
Old Bridge, NJ 08857


American Express
PO Box 207879
Ft. Lauderdale, FL 33329


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


Amilia Aguilar
42-10 82nd St #1-R
Elmhurst, NY 11373

Ann Taylor
PO Box 659705
San Antonio, TX 78265


Bank of America
PO Box 21983
Greensboro, NC 27420


Bank of America
PO Box 53155
Phoenix, AZ 85072-3155


Bank of America
PO Box 30770
Tampa, FL 33630-3770


Bass & Ass
3936 E. Fort Lowell Rd #200
Tucson, AZ 85712


Bob Hall
2350 N.E. Griffin Oaks #100
Hillsboro, OR 97124


Centex Home Equity
4 New York Plaza
New York, NY 10004


Covad
Dept 33408
PO Box 39000
San Francisco, CA 94139


Dan Young
PO Box 6170
Lubbock, TX 79493

DHL
1200 South Pine Island Rd
Suite 600
Plantation, FL 33324


Discover
PO Box 30395
Salt Lake City, UT 84130-0395


DR E B Smith
4105 Westbank Dr #200
Austin, TX 78746


Eskanos & Adler
2325 Clayton Rd
Concord, CA 94520


Federal Express
2005 Corporate Ave 2nd Floor
Memphis, TN 38132


Foley's
PO Box 94508
Cleveland, OH 44101-4508


Frederick Hanna & Ass
PO Box 724327
Atlanta, GA 31139


GC Services
PO Box 34486
Louisville, KY 40232


Geoffrey Price
6010 Balcones Dr
Austin, TX 78731

Home Depot
PO Box 6029
The Lakes, NV 88901-6029


Home Depot
PO Box 8075
Layton, UT 84041


Homecomings Financial
2711 N. Haskell Ave #900
Dllas, TX 75204


Household Retail
PO Box 15521
Wilmington, DE 19850-5521


Integrated


Internal Revenue Service
300 E. 8th St Stop 5022AUS
Austin, TX 78701


Irene Sagawa
4482 North Ave #14
San Diego, CA 92116


Jason Adams
431 Brennan Dr
Walworth, WI 53184


JC Christensen
PO Box 519
Sauk Rapids, MN 56379

Jeremy Kennedy
1758 34th St SW #1
Fargo, ND 58103


Kohls
PO Box 359
Milwaukee, WI 53201-9922


Matin Evneshahrashoob
6411 Morningside Dr
Huntington Beach, CA 92648


MBNA
PO Box 15469
Wilmington, DE 19886-5469


Moss & Codilis
6560 Greenwood Plaza Blvd #550
Englewood, CO 80111-7100


National Asset Rec
2880 Dresded Dr
Atlanta, GA 30341


Nationwide Credit
3735 N. Freeway Blvd #100
Sacramento, CA 95834


Nationwide Credit
PO Box 740640
Atlanta, GA 30374-0640


OSI Collections
PO Box 957
Brookfield, WI 53008

Patricia Dearing
3330 W. Esplanade Ave #515
Metairie, LA 70002


Paypal
303 Bryant St.
Mountain View, CA 94040-1253


Providian
PO Box 99604
Arlington, TX 76096-9604


Qwest
Dept 047
Denver, CO 80271


Ravi Reddi
1527 W. Palo Alto Ave
Fresno, CA 93711


Risk Management
11214 Renner Rd
Lenexa, KS 66219


Sams
PO Box 103036
Roswell, GA 30076


The Hartford
PO Box 2073
Hartford, CT 06145-2073


United Mortgage & Loan
PO Box 471827
Charlotte, NC 28247

United Parcel Service
Lock Box 577
Carol Stream, IL 60132


United Recovery Systems
PO Box 722929
Houston, TX 77272-2929


Washoe CU
PO Box 70099
Reno, NV 89570


Weinstock & O'Malley
PO Box 311
Old Bridge, NJ 08857